Case 2:10-cr-00059-TLN   Document 12   Filed 10/29/10   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**



FILED

OCT 29 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                RE:   Steven James KING
                      Docket Number: 2:10CR00059-01
                      **REQUEST TO VACATE JUDGMENT AND SENTENCE DATE/SCHEDULE STATUS DATE**

Your Honor:

Defendant Steven James King is scheduled for Judgment and Sentencing on November 30, 2010. However, both counsel have indicated defendant King's case will not proceed to sentencing until the related case of defendant Frederick Scott Salyer (2:10CR00061-01) has been resolved. This matter has yet to be set for trial and is pending further status on November 19, 2010.

Per agreement with the government and defendant's counsel, it is respectfully requested the Judgment and Sentencing date in this matter be vacated, and a status date scheduled for April 26, 2011. At that time, the matter can be continued for further status or, if the parties are ready, set for a Judgment and Sentencing date, along with a disclosure schedule for the presentence report.

                      Respectfully submitted,

                      /s/ Linda O. Dillon
                      LINDA O. DILLON
                      United States Probation Officer

**REVIEWED BY:**   /s/ Jeffrey C. Oestreicher
                      JEFFREY C. OESTREICHER
                      **Supervising United States Probation Officer**

1

Rev. 11/2009
MEMO ~ COURT.MRG

**RE:    Steven James KING**
**Docket Number:   2:10CR00059-01**
**REQUEST TO VACATE JUDGMENT AND**
**SENTENCE DATE/SCHEDULE STATUS DATE**


Dated:      October 26, 2010
            Sacramento, California
            LOD/sca

Attachment(s)

cc:    Matthew Dean Segal
       Assistant United States Attorney

       Roger T. Nuttall
       Defense Counsel


AGREE: ✓                              DISAGREE: _____

_____           10/28/10
**LAWRENCE K. KARLTON**                      DATE
Senior United States District Judge