**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                          **RE:**    **KING, Steven James**
                                      **Docket Number:   2:10CR00059-01**
                                      <u>**REQUEST TO CONTINUE STATUS DATE**</u>

Your Honor:

It is respectfully requested the status date currently scheduled for June 19, 2012 be continued for further status to October, 2, 2012 at 9:15 A.M. The continuance is needed based upon the status of a primary related case. It is anticipated that should issues resolve prior to the requested October 2, 2012 date, the parties may request the matter be moved forward for purposes of resetting the sentencing schedule.

All parties are in agreement with this proposed continuance.

                            Respectfully submitted,

                            **JEFFREY C. OESTREICHER**
                      **Supervising United States Probation Officer**

Dated: May 16, 2012
                Sacramento, California
                JCO/sda

cc:    Matthew D. Segal
        Assistant United States Attorney

        Roger T. Nuttall
        Defense Counsel

AGREE:                                 DISAGREE: _____

**LAWRENCE K. KARLTON**
Senior United States District Judge

                                                    DATE

1