1  **ROGER T. NUTTALL, #42500**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant,
   STEVEN JAMES KING
6

7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10                  * * * * * * * *

11 | UNITED STATES OF AMERICA, | Case No.: 2:10-CR-0059-01
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND SENTENCING SCHEDULE AND ORDER**
13 | vs. |
14 | STEVEN JAMES KING, |
15 | Defendant. |

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing

18 Hearing currently scheduled for May 29, 2013, at 9:15 a.m. be continued to **June 11, 2013, at**

19 **9:15 a.m.** before the Honorable Lawrence K. Karlton to allow counsel for Defendant to attend

20 this hearing in Sacramento.  Counsel for Defendant had a calendar conflict with the May 29,

21 2013, sentencing date.

22     **IT IS ALSO HEREBY STIPULATED** that the following proposed sentencing schedule

23 be followed:

24 The proposed Presentence Report shall be
   disclosed to counsel no later than:                               April 30, 2013
25
   Counsel's written objections to the
26 Presentence Report shall be delivered to
   the Probation Officer and opposing counsel
27 no later than:                                                    May 14, 2013

28 ///

| | |
|---|---:|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 21, 2013 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 28, 2013 |
| Reply, or Statement of Non-Opposition: | June 4, 2013 |
| Judgment and Sentencing Date: | June 11, 2013 |

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date. Counsel's office has communicated with Assistant U.S. Attorney Matt Segal and with Senior Deputy Probation Officer Scott Storey, who have expressed no objection to the instant request.

**IT IS SO STIPULATED.**

DATED: March 21, 2013.        NUTTALL & COLEMAN


By /s/ ROGER T. NUTTALL
ROGER T. NUTTALL
Attorneys for Defendant,
STEVEN KING

DATED: March 21, 2013.        OFFICE OF THE UNITED STATES ATTORNEY


By /s/ MATT SEGAL
MATT SEGAL
Assistant U.S. Attorney

///
///
///
///
///
///

2

**O R D E R**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on May 29, 2013, at 9:15 a.m., is continued to **June 11, 2013, at 9:15 a.m.**

**IT IS FURTHER ORDERED** that the above-proposed sentencing schedule shall be followed.

DATED: March 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT