1  **ROGER T. NUTTALL, #42500**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR   Defendant,
   STEVEN JAMES KING
6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  * * * * * * * *

11  UNITED STATES OF AMERICA,            Case No.: 2:10-CR-0059-01

12  Plaintiff,                           **STIPULATION TO CONTINUE SENTENCING HEARING AND SENTENCING SCHEDULE AND ORDER**

13  vs.

14  STEVEN JAMES KING,

15  Defendant.

16

17  **IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing

18  Hearing currently scheduled for June 11, 2013, at 9:15 a.m. be continued to **August 27, 2013, at**

19  **9:15 a.m.** before the Honorable Lawrence K. Karlton.  The need for a continuance is based upon

20  counsel's need for appropriate time to address the proposed restitution figure, as well as the

21  represented loss, as related to my client.   There may be other issues as well, and counsel needs

22  time to fully prepare the formal objections, as well as a suitable Sentencing Memorandum.

23  **IT IS ALSO HEREBY STIPULATED** that the following proposed sentencing schedule

24  be followed:

25  Motion for Correction of the Presentence
    Report shall be filed with the Court and
26  served on the Probation Officer and
    opposing counsel no later than:                                        August 6, 2013
27
    Reply, or Statement of Non-Opposition:                                 August 13, 2013
28

| | |
|---|---|
| Judgment and Sentencing Date: | August 27, 2013 |

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.  Counsel's office has communicated with Assistant U.S. Attorney Matt Segal and with Senior Deputy Probation Officer Scott Storey, who have expressed no objection to the instant request.

**IT IS SO STIPULATED.**

DATED: May 30, 2013.                NUTTALL & COLEMAN


By  /s/ ROGER T. NUTTALL
         ROGER T. NUTTALL
         Attorneys for Defendant,
         STEVEN KING

DATED: May 30, 2013.                OFFICE OF THE UNITED STATES
                                    ATTORNEY


By  /s/ MATT SEGAL
         MATT SEGAL
         Assistant U.S. Attorney


## O R D E R

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on June 11, 2013, at 9:15 a.m., is continued to **August 27, 2013, at 9:15 a.m.**

**IT IS FURTHER ORDERED** that the above-proposed sentencing schedule shall be followed.

DATED: June 7, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT