1  **ROGER T. NUTTALL #42500**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  Attorneys for Defendant, STEVEN JAMES KING

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10 | **UNITED STATES OF AMERICA,**       No. 2:10-cr-0059-LKK-1

11 |            **Plaintiff,**            **STIPULATION TO CONTINUE**
                                          **SENTENCING HEARING AND ORDER**
12 |    **v.**

13 | **STEVEN JAMES KING,**

14 |            **Defendant.**

15

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto
18  that the Sentencing Hearing currently scheduled for February 25,
19  2014, at 9:15 a.m. be continued to **March 25, 2014, at 9:15 a.m.**
20  before the Honorable Lawrence K. Karlton.  The need for a
21  continuance is based upon counsel's need for additional time to
22  address issues attendant to sentencing.  This is pursuant to an
23  understanding between us and Assistant U.S. Attorney Matt Segal.
24     Under the circumstances set forth herein, it is respectfully
25  suggested that good cause does exist for a continuance to the
26  hereinabove noted date.
27  ///
28  ///

                                    1

**IT IS SO STIPULATED.**

Dated: February 21, 2014.          Respectfully submitted,

                                   NUTTALL & COLEMAN


                                   By /s/ ROGER T. NUTTALL
                                      ROGER T. NUTTALL
                                      Attorneys for Defendant,
                                      STEVEN KING


Dated: February 21, 2014.          BENJAMIN B. WAGNER
                                   United States Attorney


                                   By /s/ MATT SEGAL
                                      MATT SEGAL
                                      Assistant U.S. Attorney


### ORDER

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on February 25, 2014, at 9:15 a.m., is continued to **March 25, 2014, at 9:15 a.m.**

DATED: February 24, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT